# First District Court of Appeal
## State of Florida

————————————————

No. 1D18-2754

————————————————

Khen Tang,

    Appellant,

v.

Hong P. Ly,

    Appellee.

————————————————

On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

May 31, 2019

Per Curiam.

    Affirmed.

B.L. Thomas, C.J., and Winokur and Winsor, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Khen Tang, pro se, Appellant.

Corrine A. Bylund, Jacksonville Beach, for Appellee.